

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00012-CV

| | | |
|---|---|---|
| JIMMY GETTINGS, Appellant | § | On Appeal from the 348th District Court |
| v. | § | |
| | | of Tarrant County (348-315458-20) |
| GOOSEHEAD INSURANCE AGENCY LLC, ROBYN JONES, MARK JONES, AND MIKE LITTAU, Appellees | § | |
| | | March 11, 2021 |
| | § | |
| | | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM